■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KURY S. SPENCER, Appellant. (Appeal No. 2.) [42 NYS3d 879]— Appeal from an order of the Livingston County Court (Dennis S. Cohen, J.), entered August 17, 2015. The order converted an order of restitution to a civil judgment.

It is hereby ordered that said appeal is unanimously dismissed.

Same memorandum as in People v Spencer ([appeal No. 1] 145 AD3d 1508 [2016]). Present—Whalen, P.J., Centra, Lindley, NeMoyer and Troutman, JJ.